Andrew D. Downing, Rhodes, Hieronymus, Jones, Tucker, Tulsa, OK, for Petitioners–Appellants.

Michael P. Milmoe, Department of Justice, Washington, DC, for Respondent–Appellee.

**ORDER**

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Melissa KENNEDY, as Next Friend for, Michael Dan KENNEDY, Petitioners–Appellants,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.

No. 2011–5106.

United States Court of Appeals, Federal Circuit.

Feb. 2, 2012.

SELECT EXPORT CORP., Plaintiff–Appellant,

v.

JACK RICHESON & CO., Trident Industria De Precisao Ltd., Jerry's Artarama N.C., Inc., Utrecht Manufacturing Corp., and David Schwartz, Defendants–Appellees.

No. 2012–1122.

United States Court of Appeals, Federal Circuit.

Feb. 2, 2012.

Michael Winer, Law Office of Michael Winer, P.A., Ft. Lauderdale, FL, for Plaintiff–Appellant.

Bernardo Burstein, Burstein & Associates, P.A., North Miami, FL, for Defendants–Appellees.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.